## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:17-cv-00630-RM-MEH

KYLE FENNER,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, ELBERT COUNTY, COLORADO;
ROBERT ROWLAND, WADE GATELEY, AND ED EHMANN,

Defendants.

---

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER, coming on before the Court upon the parties Stipulation for Dismissal

With Prejudice (ECF No. 53), and the Court being fully advised in the premises:

ORDERS that the above-captioned remaining claims against the Elbert County Board of

Commissioners[1] are hereby dismissed, WITH PREJUDICE, each party to bear her or its own

costs and attorneys' fees;

FURTHER ORDERS that, because no parties or claims remain, any pending court dates

and deadlines are VACATED, and the Clerk of Court shall CLOSE this case.

---

[1] All claims against the individual Defendants Rowland, Gateley, and Ehmann were dismissed previously via an unopposed motion to dismiss.

-2-

**SO ORDERED.**

Dated this 8th day of January, 2018.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge
